# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE

| | |
|---|---|
| **Nelson Barre, et al,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) Civil Action No. 7:20cv00416 |
| | ) |
| **DCN Holdings, Inc.,** | ) |
| | ) |
| **Defendant** | ) |

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on September 17, 2020. The Defendant DCN Holdings, Inc. were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant:

DCN Holdings, Inc.                                    July 28, 2020

The time for the defendant to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant:

DCN Holdings, Inc.

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant.

This 18th day of September, 2020

**JULIA C. DUDLEY, CLERK**

By:   **s/A. Beeson**
      **Deputy Clerk**